Allan D. NewDelman (004066)
Roberta J. Sunkin (011993)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
(602) 264-4550
anewdelman@adnlaw.net
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MORE OPPORTUNITY REGARDING EDUCATION, INC.,<br><br><br>Debtor. | ) In Proceedings Under<br>) Chapter Eleven - Subchapter V<br>)<br>) CASE NO. 2:26-bk-01245 DPC<br>)<br>) NOTICE OF COMPLIANCE<br>)<br>)<br>) |

NOTICE IS HEREBY GIVEN that the Debtor, by and through undersigned Counsel, has complied with this Court's Order directing that it do the following:

1. On or before August 11, 2026 provide Mr. Nanie with a request identifying the information and documents required regarding the basis for the Debtor's alleged liability and Mr. Nanie's claims damages. Said was done by email to fnanie@gmail.com on August 11, 2026 at 7:25 a.m.

2. On or before August 24, 2026 respond to Mr. Nanie's email identifying the document he needs from the Debtor to establish his claim or advise Mr. Nanie why requested documents cannot or will not be produced. All such documents and/or information was submitted by email to fnanie@gmail.com o August 24, 2026 at 8:02 a.m..

RESPECTFULLY SUBMITTED this 24th day of August, 2026.

ALLAN D. NEWDELMAN, P.C.

/s/ RJS 011993
Roberta J. Sunkin, Esq.