**SO ORDERED.**

**Dated: September 3, 2026**

**Daniel P. Collins, Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>More Opportunity Regarding Education, Inc.,<br><br>Debtor. | **Chapter 11 Proceedings (Subchapter V)**<br><br>**Case No. 2:26-bk-01245-DPC**<br><br>**ORDER GRANTING MOTION FOR LEAVE TO APPEAR BY VIDEOCONFERENCE** |

Franck Olivier Nanie ("Mr. Nanie") having filed a Motion ("Motion")[1] for leave to appear by videoconference at the September 8, 2026 status hearing; the Court having reviewed the Motion; and good cause appearing

**IT IS ORDERED** granting the Motion. Mr. Nanie may appear at the September 8, 2026 status hearing at 1:30 p.m. via videoconference. The link is: https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09

Meeting ID: 160 528 9889

Passcode: 479849

**DATED AND SIGNED ABOVE.**

[1] Docket Entry ("DE") 104.