# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: admin | Date Created: 9/17/2026 |
| Case: 2:26−bk−01245−DPC | Form ID: pdf008 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |
| tr | DAWN M. MAGUIRE | Trustee@MaguireLawAZ.com |
| aty | ALLAN 2 NEWDELMAN | anewdelman@adnlaw.net |
| aty | JENNIFER A. GIAIMO | Jennifer.A.Giaimo@usdoj.gov |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| cr | FRANK OLIVIER NANIE | 1001 W. MACAW DRIVE | QUEEN CREEK, AZ 85140 |

TOTAL: 1