Dawn M. Maguire
Subchapter V Trustee
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Trustee@MaguireLawAZ.com
Phone: (480) 304-8302

Subchapter V Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MORE OPPORTUNITY REGARDING EDUCATION, INC.,<br><br>Debtor. | Chapter 11<br>Subchapter V Small Business<br><br>Case No. 2:26-bk-01245-DPC<br><br>**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED BY THE SUBCHAPTER V TRUSTEE** |

APPLICATION PERIOD: FEBRUARY 11, 2026 THROUGH SEPTEMBER 20, 2026

Dawn M. Maguire, as Subchapter V Trustee ("Trustee"), hereby makes her First and Final Application for Compensation and Reimbursement of Expenses for services rendered in this case ("Application"). In support of this Application, the Trustee submits her billing invoices for fees and costs incurred between the period of February 11, 2026, through September 20, 2026, attached hereto as **Exhibit A**. In further support of this Application, the Trustee represents as follows:

## BACKGROUND

1. On February 11, 2026, Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. Thereafter, Dawn Maguire was appointed as Subchapter V Trustee ("Trustee").

2. This is the Trustee's First and Final for Compensation and Reimbursement of Expenses. The Trustee applies for compensation in the amount of $13,272.00 and reimbursement of expenses in the amount of $21.34; for a total compensation and reimbursement amount of $13,293.34.

3. Pursuant to 11 U.S.C. § 330 and in compliance with the UST Guidelines, the Trustee has reviewed this Application and approves the requested amount, and the Trustee has provided this Application to the Debtor given the Debtor's upcoming conversion to a chapter 7 case. The Trustee does not object to the payment of fees requested herein.

4. The rates charged by the Trustee are customary rates charged by comparably skilled practitioners and trustees for similar services rendered in comparable bankruptcy proceedings.

5. All services for which compensation is requested were performed for and on behalf of the Trustee; all expenses for which reimbursement is requested were expended for and on behalf of the Trustee. Compensation is sought pursuant to 11 U.S.C. §§ 330(a), 331, and 503(a) and (b), Fed. R. Bankr. P., Rule 2016(a) and the guidelines of the Office of the United States Trustee for the District of Arizona.

6. Except as otherwise provided pursuant to 11 U.S.C. § 504(b)(1) the Trustee has not shared, nor agreed to share, compensation with any other individuals or entities.

7. The Trustee requests the right to supplement this Application if additional fees and costs are incurred.

## SERVICES PERFORMED AND COSTS INCURRED

A. Summary of Services Performed by Category

In compliance with the UST Guidelines, the invoice attached as **Exhibit A** is categorized by specific task. Generally, early in this case, as Trustee I attended all the case hearings and outlined my position to the Court, and worked with the UST to obtain the Debtor's compliance with all guidelines. In addition, the Trustee investigated the acts, conduct, assets, liabilities and financial condition of the Debtor and the business operations, along with the desirability of the continuance of such business. Given that the Debtor maintained control and operation of it's financial affairs, the Trustee did not take or control any of the Debtor's assets, including funds.

Case Administration and Asset Analysis and Recovery (BK120)

The Trustee in this case performed her duties as outline in the Bankruptcy Code and recited above. During the case, the Trustee met with the Debtor on numerous occasions, attended all the hearing in the matter, and worked with the UST regarding any outstanding issues, including the Debtor's compliance with its requirements and duties. Given the various locations, nature of the Debtor's business, school operations, and lease issues, the Trustee heavily reviewed documents and records in this case.

The Trustee reviewed all of the pleadings in the case. Additionally, the Trustee reviewed and analyzed the monthly operating reports, and investigated the Debtor's business operations to obtain additional disclosures. The Trustee also submitted the monthly reports to the UST regarding the case activity and the Trustee's role.

The Trustee reviewed the Debtor's financial records, enrollment records, Family Court litigation, claims, operations and future operations in various locations.

**Total expended time of 11.1 hours in this category for fees in the amount of $4,384.50.**

Meeting of Creditors (BK150)

The Trustee met with the Debtor and the UST prior to the Meeting of Creditors and attended the Meeting of Creditors. In addition, the Trustee reviewed the documents from the IDI and attended the IDI with the UST early in the case.

**Total expended time of 3.0 hours in this category for fees in the amount of $1,185.00.**

Fee/Employment Application (BK160)

During the Application Period, the Trustee expended time preparing and obtaining its approval to act as the Trustee. Additionally, the Trustee expended time in preparation and filing of this Application given the conversion.

The Trustee reviewed the Debtor's applications for professionals in this case, including the Accountant and Special Counsel. The Trustee worked with the Debtor regarding the need for Special Counsel given the discovery and deadlines in outside litigation.

**Total expended time of 3.7 hours in this category for fees in the amount of $1,461.50.**

Lease Assumption/Rejection BK185

During the Application Period, the Trustee expended time reviewing the Debtor's plans to reject certain leases and combine locations, or close locations as student enrollment was not great enough to cover the individual operations.

**Total expended time of 1.5 hours in this category for fees in the amount of $592.50.**

Litigation (BK320)

The litigation in this case dovetailed with the Family Court litigation, claim objection, and significant discovery issues. The Trustee worked with the Debtor to obtain the various records to investigate the matter from the Debtor's position, and met with proposed Special Counsel regarding deadlines and issues in the related matter. Thereafter, the Trustee worked with the creditor/plaintiff regarding the claim, documents, rights, outside matters, and distinguishing the same.

The Trustee reviewed the complaint and aided the parties in narrowing the issues to the bankruptcy case. The Trustee also attempted to assist in the discovery matter, based on the viable claims. The discovery matters consumed the case and were a part of the overall decision to convert the case as the litigation costs were outweighing the benefit of the chapter 11 case.

**Total expended time of 14.3 hours in this category for fees in the amount of $5,648.50.**

B. Summary of Costs

10. The Trustee seeks reimbursement of costs in the amount of $21.34 as set forth in the invoice under **Exhibit A**. The Trustee charges $.25 per page for photocopies, $.50 per page for incoming facsimiles, and a flat fee of $.50 for each outgoing facsimile, regardless of the number of pages sent. The Trustee charges its actual costs incurred from outside parties, including, but not limited to, delivery services, transcription fees, process service, postage, long distance telephone charges, computer research, and parking, and requests recover of its expenses for photocopies, messenger services, filing fees, PACER charges, postage, and travel mileage. The Trustee charges $.20 for photocopies, and $0.51 per mile for travel. All expenses incurred to third parties, such as Federal Express, mail,

computer research, and parking are limited to the actual amount paid.

## EVALUATING STANDARDS

Based upon its customary hourly rates, the Trustee incurred fees during the Application Period totaling $13,272.00. In accordance with 11 U.S.C. § 330, this amount was calculated using the hourly rate for professional and paraprofessionals involved. See also In re Yermankov, 718 F.2d 1465, 1471 (9th Cir. 1983) ("the primary method used to determine reasonable attorney's fees in a bankruptcy case is to multiply the number of hours expended by an hourly rate"). This has also been referred to as the "lodestar" or basic fee which, if warranted, can be adjusted upward or downward. In that regard, the Ninth Circuit in Yermankov made specific reference to Johnson v. Georgia Highway Express, Inc. 488 F.2d 713, 717-719(5th Cir. 1974), in which the Firth Circuit listed twelve factors which should be considered in awarding attorneys' fees in bankruptcy cases. See In re Nucorp Energy, Inc. 764 F.2d 655 (9th Cir. 1985). The Ninth Circuit Bankruptcy Appellate Panel concluded that the "lodestar" approach, coupled with consideration of the "Johnson factors" is the appropriate standard to be applied in awarding the fees in a bankruptcy case. See In re Powerine Oil Co., 71 B.R. 767 (9th Cir. 1986). The same standard should be applied to the Subchapter V Trustee review of fees in this matter. Given the unique and discrete issues in this case, the services provided by the Subchapter V Trustee were necessary and complied with the requirements of the Subchapter V Trustee appointment.

Furthermore, based upon the customary compensation charged by comparably skilled practitioners in non-bankruptcy cases, the results obtained within the time frame of this Application and the rates charges for the services performed, the compensation requested is reasonable.

## CONCLUSION

11. Based on the foregoing, the Trustee respectfully requests an order of this Court:

    a. approving and allowing the Trustee's total administrative chapter 11

claim for fees in the total sum of $13,272.00;

b. approving and allowing the Trustee's total administrative chapter 11 claim for costs in the total sum of $21.34;

c. allowing for the payment of $13,272.00 for fees pursuant to the attached invoices, to Trustee Dawn Maguire provided that payment will not prejudice claimants of equal or higher priority; and

d. allowing for the payment of $21.34 for costs pursuant to the attached invoices, to Trustee Dawn Maguire provided that payment will not prejudice claimants of equal or higher priority.

Dated: September 21, 2026

**Trustee Dawn Maguire**

*/s/ Dawn M. Maguire*
Dawn M. Maguire
Subchapter V Trustee

**E-FILED** on September 21, 2026, with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** emailed the same date via U.S. Mail to:

Allan NewDelman
ALLAN D. NEWDELMAN, PC
anewdelman@adnlaw.net
Debtor's Counsel

Jennifer Giaimo
OFFICE OF THE U.S. TRUSTEE
Jennifer.A.Giaimo@usdoj.gov

*/s/ Dawn Maguire*

Exhibit A

Dawn M. Maguire
Subchapter V Trustee
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Trustee@MaguireLawAZ.com
Phone: (480) 304-8302

Subchapter V Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MORE OPPORTUNITY REGARDING EDUCATION, INC.,<br><br>Debtor. | Chapter 11<br>Subchapter V Small Business<br><br>Case No. 2:26-bk-01245-DPC<br><br>**SUMMARY** |

Applicant: Subchapter V Trustee
Role in this case: Trustee

| | |
|---|---|
| Fees and Expenses Previously Requested | $0 |
| Fees and Expenses Previously Awarded | $0 |
| <u>Current Application</u> | |
| Fees Incurred | $13,272.00 |
| Fees Requested | $13,272.00 |
| Expenses Requested | $ 21.34 |
| TOTAL Fees & Costs Requested: | $13,293.34 |

| Trustee | Hours | Rate | Total |
|---|---|---|---|
| Dawn M. Maguire | 33.6 | $395.00/hour | $13,272.00 |
| **Averaged Hourly Rate:** | | **$395.00/hour** | |
| **TOTALS** | **33.6** | | **$13,272.00** |

# Subchapter V Trustee

10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
US
Trustee@MaguireLawAZ.com

| | |
|---|---|
| Number | 136 |
| Issue Date | 9/20/2026 |
| Matter | 2000029 - MORE OPPORTUNITY REGARDING EDUCATION, INC. d/b/a BRIDGES PRESCHOOL |
| Ledes Id | 2000 |

## Bill To:

2000 - Trustee Maguire

Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| BK160<br>2/11/2026<br>Review correspondence regarding case and issues. Perform conflicts check for employment | TM | $395.00 | 0.30 | $118.50 |
| BK160<br>2/11/2026<br>Draft and file Notice of Appearance | TM | $395.00 | 0.20 | $79.00 |
| BK120<br>2/12/2026<br>Review correspondence from D. Griffiths, and review response email from RJ Sunkin | TM | $395.00 | 0.10 | $39.50 |
| BK120<br>2/17/2026<br>Review Schedules and case issues | TM | $395.00 | 0.60 | $237.00 |
| BK120<br>2/18/2026<br>Review correspondence from A. NewDelman, draft response | TM | $395.00 | 0.10 | $39.50 |
| BK120<br>2/20/2026<br>Research financial affairs including tax records | TM | $395.00 | 1.50 | $592.50 |
| BK120<br>2/24/2026<br>Review Stipulation with SBA, correspondence to A. NewDelman regarding same. | TM | $395.00 | 0.20 | $79.00 |
| BK150<br>2/24/2026<br>Review Meeting of Creditors notice and calendar same. Correspondence to parties regarding attendance. | TM | $395.00 | 0.10 | $39.50 |
| BK150<br>2/24/2026<br>Analyze documents provided for the IDI | TM | $395.00 | 0.80 | $316.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
| --- | --- | --- | --- | --- |
| BK120<br>2/24/2026<br>Draft correspondence to P. Hines regarding NOA and contact details | TM | $395.00 | 0.10 | $39.50 |
| BK120<br>2/24/2026<br>Conference with Dan Frederick regarding case issues | TM | $395.00 | 0.30 | $118.50 |
| BK190<br>2/26/2026<br>Review Stipulation and lease. Evaluate options and draft correspondence to A. NewDelman regarding objection to Stipulation. | TM | $395.00 | 0.90 | $355.50 |
| BK120<br>2/26/2026<br>Prepare for and attend IDI with UST and Debtor | TM | $395.00 | 1.40 | $553.00 |
| BK120<br>2/26/2026<br>Review Notice from Court regarding Status Conference | TM | $395.00 | 0.10 | $39.50 |
| BK160<br>2/27/2026<br>Review Application for Accounting Professional and correspondence regarding bookkeeper as well | TM | $395.00 | 0.10 | $39.50 |
| BK160<br>3/2/2026<br>Review Application for Accountant | TM | $395.00 | 0.10 | $39.50 |
| BK120<br>3/2/2026<br>Review case, draft report to UST | TM | $395.00 | 0.10 | $39.50 |
| BK120<br>3/3/2026<br>Review correspondence from J. Giaimo. Research security deposit issue. Draft response. Review correspondence with A. NewDelman regarding same. | TM | $395.00 | 0.40 | $158.00 |
| BK120<br>3/3/2026<br>Evaluate financial records and responses to UST regarding records | TM | $395.00 | 0.80 | $316.00 |
| BK120<br>3/12/2026<br>Evaluate case issues | TM | $395.00 | 0.50 | $197.50 |
| BK120<br>3/17/2026<br>Review correspondence from RJ Sunkin regarding balance sheet<br>entries and explanation of loans to shareholders category. | TM | $395.00 | 0.10 | $39.50 |
| BK120<br>3/17/2026<br>Review Order | TM | $395.00 | 0.10 | $39.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| BK150<br>3/17/2026<br>Prepare for and attend Meeting of Creditors | TM | $395.00 | 0.70 | $276.50 |
| BK120<br>3/31/2026<br>Review correspondence from J. Giaimo regarding case, draft response | TM | $395.00 | 0.10 | $39.50 |
| BK120<br>3/31/2026<br>Review case, pleadings, status, and recent updates, draft report to UST | TM | $395.00 | 0.80 | $316.00 |
| BK120<br>4/2/2026<br>Prepare for and attend status hearing | TM | $395.00 | 0.80 | $316.00 |
| BK120<br>4/30/2026<br>Review case, update records and action items, draft report to UST for March and April | TM | $395.00 | 0.40 | $158.00 |
| BK185<br>5/14/2026<br>Review Motion for Extension to Assume and Motion for Expedited hearing | TM | $395.00 | 0.30 | $118.50 |
| BK185<br>5/18/2026<br>Conference with Joel Newell regarding landlord issues | TM | $395.00 | 0.20 | $79.00 |
| BK185<br>5/19/2026<br>Review correspondence from J. Newell regarding no opposition to extension. | TM | $395.00 | 0.10 | $39.50 |
| BK160<br>5/26/2026<br>Review Employment Application for Special Counsel, review pleadings in Family Court matter. Review correspondence between RJ Sunkin and J. Giaimo regarding same and evaluate positions. | TM | $395.00 | 0.70 | $276.50 |
| BK320<br>5/27/2026<br>Conference with Franck Nanie regarding claim | TM | $395.00 | 0.50 | $197.50 |
| BK320<br>5/27/2026<br>Review correspondence from J. Giaimo regarding Nanie claim and objections | TM | $395.00 | 0.10 | $39.50 |
| BK320<br>5/27/2026<br>Review and evaluate pleadings filed by F. Nanie to prepare for meeting regarding pending claim and objections | TM | $395.00 | 2.00 | $790.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| BK120<br>5/27/2026<br>Telephone call to RJ Sunkin regarding F. Nanie issues | TM | $395.00 | 0.10 | $39.50 |
| BK320<br>5/27/2026<br>Follow up review of F. Nanie claim and objections after meeting with F. Nanie. Prepare for conference with J. Giaimo | TM | $395.00 | 1.60 | $632.00 |
| BK320<br>5/28/2026<br>Conference with A. NewDelman regarding Family Court matter | TM | $395.00 | 0.30 | $118.50 |
| BK320<br>5/28/2026<br>Prepare for and attend hearing on Nanie's Objection | TM | $395.00 | 1.90 | $750.50 |
| BK120<br>5/28/2026<br>Draft correspondence to J. Giaimo regarding hearing issues, denial of Special Counsel, and Order directed at Mr. Nanie and Family Court that any matters as to MORE are stayed. | TM | $395.00 | 0.20 | $79.00 |
| BK120<br>6/8/2026<br>Review case pleadings and update case memo and issues | TM | $395.00 | 0.80 | $316.00 |
| BK120<br>6/8/2026<br>Calendar all future case activity | TM | $395.00 | 0.10 | $39.50 |
| BK120<br>6/8/2026<br>Outline future Sub V requirements | TM | $395.00 | 0.20 | $79.00 |
| BK320<br>6/16/2026<br>Review correspondence and pleadings regarding discovery and discovery dispute between Debtor and Mr. Nannie | TM | $395.00 | 0.40 | $158.00 |
| BK120<br>6/16/2026<br>Telephone call to A. NewDelman regarding case issues | TM | $395.00 | 0.10 | $39.50 |
| BK120<br>6/23/2026<br>Review outstanding issues. Correspondence to A. NewDelman regarding same. | TM | $395.00 | 0.20 | $79.00 |
| BK120<br>6/27/2026<br>Review multiple discovery requests and correspondence from all parties regarding discovery disputes. Research FRBP, FCRP, and Local Rules for dispute resolution. Outline options. | TM | $395.00 | 2.70 | $1,066.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| BK160<br>6/29/2026<br>Review Renewed Employment Application. Draft correspondence to RJ Sunkin regarding suggestions to resolve discovery disputes, or provide details to the Court under Local Rules. | TM | $395.00 | 0.40 | $158.00 |
| BK120<br>6/30/2026<br>Review case, draft report to UST for May and June | TM | $395.00 | 0.30 | $118.50 |
| BK320<br>7/1/2026<br>Prepare for and attend meet and confer regarding discovery disputes and litigation issues | TM | $395.00 | 1.30 | $513.50 |
| BK320<br>7/1/2026<br>Correspondence between RJ Sunkin and Allen NewDelman regarding discovery dispute and meeting. Research recording rights and viability of deadlines for 24 hour response imposed by Mr. Nanie. | TM | $395.00 | 0.50 | $197.50 |
| BK320<br>7/1/2026<br>Review correspondence between all parties including Court regarding discovery dispute and addition to hearing on Monday | TM | $395.00 | 0.20 | $79.00 |
| BK320<br>8/6/2026<br>Review correspondence from F. Nannie regarding documents. Review discovery and adversary matters. | TM | $395.00 | 0.40 | $158.00 |
| BK320<br>8/6/2026<br>Review correspondence from A. NewDelman regarding the hearing and liability standard | TM | $395.00 | 0.10 | $39.50 |
| BK320<br>8/11/2026<br>Review pleadings, documents, and correspondence between A. NewDelman and F. Nanie. | TM | $395.00 | 1.60 | $632.00 |
| BK320<br>8/24/2026<br>Review new round of discovery between claim and adversary parties. | TM | $395.00 | 0.40 | $158.00 |
| BK320<br>8/30/2026<br>Review correspondence from A. NewDelman regarding Discovery Master and review bias and conflicts check | TM | $395.00 | 0.30 | $118.50 |
| BK120<br>8/30/2026<br>Review case issues, create annual report to UST | TM | $395.00 | 0.30 | $118.50 |
| BK320<br>8/31/2026<br>Review correspondence from A. NewDelman and litigation/discovery issues. Research discovery master role and necessary tasks | TM | $395.00 | 1.70 | $671.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| BK120<br>9/3/2026<br>Conference with A. NewDelman regarding conversion | TM | $395.00 | 0.20 | $79.00 |
| BK160<br>9/3/2026<br>Review invoice, draft fee application and prepare for conversion | TM | $395.00 | 1.10 | $434.50 |
| BK160<br>9/20/2026<br>Draft Notice, Affidavit and Order for Fee Application | TM | $395.00 | 0.60 | $237.00 |
| | | **Time Entries Total** | **33.60** | **$13,272.00** |

## Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Pacer<br>9/3/2026 | TM | $0.10 | 19.00 | $1.90 |
| Copying<br>9/20/2026 | TM | $0.20 | 48.00 | $9.60 |
| Postage<br>9/20/2026 | TM | $0.82 | 12.00 | $9.84 |
| | | **Expenses Total:** | **79.00** | **$21.34** |

| | |
|---|---|
| Total (USD) | $13,293.34 |
| Paid | $0.00 |
| Balance | $13,293.34 |

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| TM | $395.00 | 33.60 | $13,272.00 |