Craig S. Ganz (AZ 023650)
Joel F. Newell (AZ 025296)
**BALLARD SPAHR LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595
E-mail: ganzc@ballardspahr.com
E-mail: newellj@ballardspahr.com

*Attorneys for Realty Income Corporation*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MORE OPPORTUNITY REGARDING EDUCATION, INC., d/b/a BRIDGES PRESCOOL,<br><br>Debtor. | Chapter 11 - Subchapter V<br><br>Case No. 2:26-bk-01245-DPC<br><br>**NOTICE OF LODGING PROPOSED ORDER** |

NOTICE IS HEREBY GIVEN that counsel for Realty Income Corporation has lodged the proposed Order GRANTING EX PARTE STIPULATED MOTION TO AFFIRM LEASE REJECTION DATE in reference to Docket 116 on September 22, 2026, attached hereto as Exhibit A.

DATED September 23, 2026.

BALLARD SPAHR LLP

By: */s/ Joel F. Newell*
Joel F. Newell
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

*Attorneys for Realty Income Corporation*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

## CERTIFICATE OF SERVICE

I certify that on September 23, 2026, I electronically transmitted a PDF version of this document to the Office of the Clerk of Court, using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By: */s/ Britney Tomko*