SO ORDERED.

Dated: September 23, 2026

Daniel P. Collins, Bankruptcy Judge

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MORE OPPORTUNITY REGARDING EDUCATION, INC., d/b/a BRIDGES PRESCOOL,<br><br>Debtor. | Chapter 11 - Subchapter V<br><br>Case No. 2:26-bk-01245-DPC<br><br>**ORDER GRANTING EX PARTE STIPULATED MOTION TO AFFIRM LEASE REJECTION DATE** |

Upon consideration of the Ex Parte Stipulated Motion to Affirm Lease Rejection Date filed on September 22, 2026, at Docket No. 116 (the "Stipulated Motion"), filed by Realty Income Corporation ("Realty Income") and More Opportunity Regarding Education, Inc., d/b/a Bridges Preschool, the debtor herein (the "Debtor"), the Court finds that said parties have stipulated to the relief stated in the Stipulated Motion.

The Court, having reviewed the Stipulated Motion, finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (M), that notice of the Stipulated Motion was adequate and appropriate under the circumstances, that no objections have been filed or all objections have been resolved or overruled, and that the relief requested in the Stipulated Motion is appropriate and in the best interests of the estate and its creditors, and good cause appearing;

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED, and the

terms of the stipulation set forth therein are approved in their entirety.

IT IS FURTHER ORDERED that

1. The Leases, as defined in the Stipulated Motion, were not assumed prior to the conversion of this case to Chapter 7, and the Leases are deemed rejected under section 365(d)(4) of the Bankruptcy Code.

2. The effective date of rejection of the Leases, and all of the Debtor's leasehold interests in the Premises thereunder, is September 30, 2026 (the "Rejection Date"), and any right to possession of the Premises by the Debtor or the estate, and/or anyone claiming any interest in the Premises on behalf of or through them, is terminated and forfeited under applicable non-bankruptcy law effective as of the Rejection Date.

3. Little Einstein Preschool, LLC ("Subtenant") is currently operating at the Chandler Premises pursuant to the Sublease, as defined in the Stipulated Motion, and has paid rent for September 2026. The Debtor does not intend to assume the Sublease, and the Sublease shall terminate upon the Rejection Date. The Subtenant, and any person or entity claiming a right to possession of the Chandler Premises under or through the Debtor, the Subtenant, or the estate, shall quit and deliver possession of the Chandler Premises to Realty Income on or before October 1, 2026. The Debtor, and any person or entity claiming a right to possession of the Tempe Premises under or through the Debtor or the estate, shall quit and deliver possession of the Tempe Premises to Realty Income on or before October 1, 2026.

4. To the extent the Debtor or the Subtenant has any personal property, inventory, or furnishings, fixtures, and equipment (collectively, the "FF&E") at the Premises (the "Remaining Property"), the Debtor shall notify the Subtenant and any other party that may have an interest in the Remaining Property, and such parties shall remove any such Remaining Property from the Premises on or before September 30, 2026.

5. To the extent necessary, Realty Income shall have relief from the automatic stay imposed by 11 U.S.C. § 362, and may issue, file, serve, or record any and all notices as may be desirable or necessary under applicable Arizona or other non-bankruptcy law in

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

conjunction with the exercise of its rights and remedies as to the Premises and the FF&E, including but not limited to its rights to dispose of any FF&E remaining on the Premises.

6. This Order is without prejudice to Realty Income's right to assert unsecured, rejection damage, and administrative priority claims, and without prejudice to the right of any party to object to such claims. Realty Income may file its claim for rejection damages on or before thirty (30) days from the date of this Order.

7. This Order is effective immediately upon entry and is not subject to any stay under the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or applicable non-bankruptcy law.

8. This Court retains jurisdiction to resolve any and all disputes relating to the Stipulated Motion and this Order.

DATED AND SIGNED ABOVE

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400