# Notice Recipients

District/Off: 0970−2 User: admin Date Created: 9/30/2026
Case: 2:26−bk−01245−DPC Form ID: 309D Total: 40

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr ZCHAPTER 11 FMC

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db MORE OPPORTUNITY REGARDING EDUCATION, INC. PO BOX 50699 MESA, AZ 85208
tr DAWN M. MAGUIRE Trustee Maguire 10115 E. Bell Rd., Ste. 107 #498 Scottsdale, AZ 85260
cr Gehre Properties, LLC Engelman Berger, P.C. Attn: Bradley D. Pack, Esq. 2800 N. Central Ave., Ste. 1200 Phoenix, AZ 85004
cr STORE Master Funding X, LLC c/o Ballard Spahr LLP 1 East Washington Street Suite 2300 Phoenix, AZ 85004
cr Realty Income Corporation c/o Ballard Spahr LLP 1 East Washington Street Suite 2300 Phoenix, AZ 85004
cr FRANK OLIVIER NANIE 1001 W. MACAW DRIVE QUEEN CREEK, AZ 85140
tr ROBERT A. MACKENZIE Robert A. MacKenzie 1220 East Osborn Road Suite 102 Phoenix, AZ 85014
aty ALLAN 2 NEWDELMAN ALLAN D NEWDELMAN PC 80 E COLUMBUS AVE PHOENIX, AZ 85012
aty BRADLEY DAVID PACK ENGELMAN BERGER PC 2800 N CENTRAL AVENUE SUITE 1200 PHOENIX, AZ 85004
aty JOEL F. NEWELL Ballard Spahr LLP 1 East Washington Street, Suite 2300 Ste #600 85004−2555 Phoenix, AZ 85004−2555
smg AZ DEPARTMENT OF REVENUE BANKRUPTCY & LITIGATION 1600 W. MONROE, 7TH FL. PHOENIX, AZ 85007−2650
18052613 ARIZONA DEPARTMENT OF ECONOMIC SECURITY PO BOX 6123 MAIL DROP 5474 Phoenix AZ 85007
18052614 ARIZONA DEPARTMENT OF REVENUE OFFICE OF THE AZ AG / TAX BK & COLLECT 2005 NORTH CENTRAL AVE #100 PHOENIX AZ 85004−1546
18052615 AUDACY OPERATIONS PO BOX 74079 CLEVELAND OH 44194
18052616 AUDACY OPERATIONS INC 840 NORTH CENTRAL AVENUE PHOENIX AZ 85044
18093951 Audacy Operations, LLC c/o Szabo Associates 3355 Lenox Road NE, Suite 945 Atlanta, GA 30326
18052617 CARI MCMINN 232 SOUTH GERONIMO APACHE JUNCTION AZ 85120
18053686 Dawn M. Maguire Subchapter V Trustee 10115 E. Bell Rd., Ste. 107 #498 Scottsdale, AZ 85260
18167357 FRANCK OLIVIER NANIE 1001 W. Macaw Drive Queen Creek, Arizona 85140
18167291 Franck Olivier Nanie 1001 W. Macaw Drive Queen Creek, Arizona 85140
18052618 GEHRE PROPERTIES, LLC 7445 EAST EAGLE CREST DRIVE UNIT 1078 MESA AZ 85207
18063693 Gehre Properties, LLC Attn: Bradley D. Pack, Engelman Berger 2800 N. Central Ave., Ste. 1200 Phoenix, AZ 85004
18054173 Gil Hopenstand 312 N. Spring St., 5th Floor Los Angeles, CA 90012
18052619 INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101−7346
18052620 KUTAK ROCK LLP 1801 CALIFORNIA STREET SUITE 3000 DENVER CO 80202
18052621 LITTLE EINSTEIN PRESCHOOL/SAWYER 2538 EAST WALNUT CT GILBERT AZ 85298
18052622 PACIFIC OFFICE AUTOMATION ATTN BANKRUPTCY DEPT 14747 NW GREENBRIER PARKWAY BEAVERTON OR 97006
18081270 PACIFIC OFFICE AUTOMATION, INC. C/O CAMERON MAES 14747 NW GREENBRIAR PKWY BEAVERTON, OR 97006
18052623 REALTY INCOME CORPORATION 600 LA TERRAZA BLVD ESCONDIDO CA 92025
18073397 Realty Income Corporation c/o Ballard Spahr LLP 1 East Washington Street, Suite 2300 Phoenix, AZ 85004
18052624 SARAH BLACK 10082 EAST SHOSHONE DR. GOLD CANYON AZ 85118
18052625 STONE MASTER FUNDING X, LLC 8377 EAST HARTFORD DRIVE SUITE 100 SCOTTSDALE AZ 85255
18068649 STORE Master Funding X, LLC c/o Ballard Spahr LLP 1 E. Washington Street, Suite 2300 Phoenix, AZ 85004
18181149 Times Publications c/o Szabo Associates 3355 Lenox Road NE, Suite 945 Atlanta, GA 30326
18054174 U.S. Small Business Administration 312 N. Spring St., 5th Floor Los Angeles, CA 90012
18052626 US SMALL BUSINESS ADMINISTRATION OFFICE OF GENERAL COUNSEL 312 NORTH SPRING STREET, 5TH FLOOR LOS ANGELES CA 90012
18052627 WELLS FARGO PO BOX 29482 PHOENIX AZ 85038−8650
18052628 WELLS FARGO PO BOX 40310 MESA AZ 85274
18119094 Wells Fargo Bank, N.A. PO Box 10438, MAC F8235−02F Des Moines, IA 50306−0438

TOTAL: 39