# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

MORE OPPORTUNITY REGARDING EDUCATION, INC.
dba BRIDGES PRESCHOOL
PO BOX 50699
MESA, AZ 85208
SSAN:
EIN: 86−0960143

Debtor(s)

Case No.: 2:26−bk−01245−DPC

Chapter: 7

## ORDER TO FILE DOCUMENTS

The above captioned case having been converted from a case under Chapter 11 to a case under Chapter 7, IT IS ORDERED that the debtor file the following documents within the time limits specified.

1. A supplemental mailing list containing the names and addresses of any creditors not previously listed, to include any creditors which are to be listed on the schedule of unpaid debts. The supplemental mailing list is to be filed no later than seven days from the date of conversion. Should the supplemental mailing list not be timely filed, debtor shall have the responsibility and duty to give notice to any creditors listed thereon.

2. A schedule of unpaid debts incurred during the Chapter 11 proceeding within 14 days of the date of conversion.

3. Amended schedules: A − Real Property and B − Personal Property listing those assets as of the date of conversion to Chapter 7 within 14 days of the date of conversion.

4. If the conversion was after confirmation of plan, the debtor shall file:
   A. a schedule of property acquired after the filing of the petition;
   B. a schedule of unpaid debts incurred after confirmation and;
   C. a schedule of executory contracts and unexpired leases entered or assumed after the filing of the petition.

5. A final report and account to include an accounting of all assets listed in the Chapter 11 schedules and a complete inventory of all assets remaining at the time of conversion within 30 days of the date of conversion.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: September 30, 2026

BY THE COURT

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

**<u>Honorable Daniel P. Collins</u>**
United States Bankruptcy Judge