SIGNED.

Dated: October 6, 2026

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MORE OPPORTUNITY REGARDING EDUCATION, INC. d/b/a BRiDGES PRESCHOOL, | ) | Case No. 2:26-bk-01245-DPC |
| | ) | |
| Debtor. | ) | **ORDER DESIGNATING THE DEBTOR'S REPRESENTATIVE FOR EXAMINATION AND FIXING THE TIME AND PLACE OF EXAMINATION** |

Upon the Application for Order Designating the Debtor's Representative for Examination Under Fed. R. Bankr. P. 9001(b)(5)(A) and Fixing the Time and Place of Examination Under Fed. R. Bankr. P. 2004, filed by the holder of Proof of Claim No. 7-1 as a party in interest, and good cause appearing,

**IT IS ORDERED:**

1. Daniel Frederick, the President of the Debtor, is designated as the "debtor" for purposes of examination under Fed. R. Bankr. P. 9001(b)(5)(A).

2. Any and all other persons within Fed. R. Bankr. P. 9001(b)(5)(A), including any other officer or director of the Debtor and any "other person in control," are likewise designated as the "debtor" for purposes of examination.

3. The person or persons designated in paragraphs 1 and 2 of this Order shall appear and submit to examination under oath, as provided by 11 U.S.C. § 343, at the meeting of creditors under 11 U.S.C. § 341(a) noticed at Docket No. 119 for November 3, 2026 at 1:00 p.m. by Zoom, Meeting ID 814 770 7084, Passcode 0484082455, telephone 1 (602) 892-0837, and at any continued or reconvened session of that meeting.

4. The scope of the examination is the scope provided by Fed. R. Bankr. P. 2004(b)(1).

5. This Order does not require the production of any document or of any electronically stored information.

6. Nothing in this Order limits the right of any party subject to it to file a timely Motion for Reconsideration or Motion for Protective Order under LR 2004-1(a).

DATED AND SIGNED ABOVE.