Allan D. NewDelman, Esq. (004066)
Roberta J. Sunkin, Esq. (011993)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, AZ 85012
(602) 264-4550
anewdelman@adnlaw.net
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MORE OPPORTUNITY REGARDING EDUCATION, INC.,<br><br>Debtor(s). | In Proceedings Under Chapter Seven<br><br>CASE NO. 2-26-bk-01245 DPC<br><br>SCHEDULE OF UNPAID DEBTS IN A CONVERTED CASE |

Debtor(s), by undersigned counsel and pursuant to Bankruptcy Rule 1019, hereby submit(s) this Schedule of Unpaid Debts in a converted case as follows:

Creditor's Name & Address, Reason, Acct No., Amount Owed:

**GIAMMARCO LAW OFFICE, PLLC**
3910 S. Alma School Rd.
Suite 5
Chandler, AZ 85248
Attorney's fees
Invoice 10991 & 10992 - $10,933.31

**George Jakubowski, George's A/C**
118 E. 18th Lane
Apache Junction, AZ 85119
New A/C install July 7, 2026
Remainder of balance Inv # 56198 - $3,500

**Academy Paper & Janitorial Supply**
385 E. Warner Rd.
Chandler, AZ 85225
Operating Supplies
Multiple Invoices - $2,548.83

**Everon**
PO Box 49292
Wichita, KS 67201
Security Monitoring
ACCT# 3180 - $1,468.53

**Crexendo Business Solutions**
PO Box 200969
Dallas, TX 75320-0969
Phone System
ACCT# 1131 - $248.36
ACCT# 7014 - $418.97

**Elliot Square Trust Account**
c/o Case, Huff & Associates, Inc.
4835 E. Cactus Road
Suite 443
Scottsdale, AZ 85254
Tenant CAM - $3,382.58

**Metro Fire**
63 S Hamilton Pl.
Gilbert, AZ 85233
Fire Inspection
Inv 710264 -$165

**Southwest Gas**
PO Box 98890
Las Vegas, NV 89193-8890
Utilities
ACCT# 0374 - $748.70

**Spectrum Business**
PO Box 53249
Phoenix, AZ 85072-3249
Utilities
ACCT# 7001 - $356.28

**Waste Connections**
PO Box 7428
Pasadena, CA 91109-7428
Utilities
ACCT# 1001 - $839.46

**City of Mesa**
55 N Center St.
Mesa, AZ 85201
Utilities
ACCT# 9209 - $101.79

**City of Tempe**
PO Box 52166
Phoenix, AZ 85072-2166
Utilities
ACCT# 2682 - $989.08

**Town of Queen Creek**
22358 S. Ellsworth Rd
Queen Creek, AZ 85142-9311
Utilities
ACCT# 9408 - $345.03

**Century Link**
PO Box 2961
Phoenix, AZ 85062-2961
Utilities
ACCT # 9918 - $862.40
ACCT# 4514 - $1,018.72
ACCT# 7450 - $3,530

**SRP**
P.O. Box 2951
Phoenix, AZ 85062-2951
Utilities
ACCT# 1003 - $929.99
ACCT# 4006 - $2,695.45
ACCT# 4007 - $5,239.82

**Primo Brands**
PO Box 856128
Louisville, KY 40285-6158
Drinking Water Delivery
ACCT# 0753 - $795.63

**Pacific Office**
14747 N.W. Greenbrier Pkwy
Beaverton, OR 97006
Copier solutions
ACCT # 5758 - $Unknown

Dated this 13h day of October, 2026.

ALLAN D. NEWDELMAN, P.C.

/s/ RJS 011993

Roberta J. Sunkin, Esq.