Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MORE OPPORTUNITY REGARDING EDUCATION, INC., d/b/a BRIDGES PRESCHOOL,<br><br>Debtor. | Chapter 7 (Converted from Chapter 11 - Subchapter V)<br><br>Case No. 2:26-bk-01245-DPC<br><br>**ORDER GRANTING EX PARTE STIPULATED MOTION TO AFFIRM LEASE REJECTION DATE** |

Upon consideration of the Ex Parte Stipulated Motion to Affirm Lease Rejection Date filed on October 22, 2026, at Docket No. 139 ("Stipulated Motion"), filed by STORE Master Funding X, LLC ("STORE") and Robert A. MacKenzie, in his capacity as the chapter 7 trustee (the "Chapter 7 Trustee") for the estate of More Opportunity Regarding Education, Inc., d/b/a Bridges Preschool, the debtor herein (the "Debtor"), the Court finds that said parties have stipulated to the relief stated in the Stipulated Motion.

The Court, having reviewed the Stipulated Motion, finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (M), that notice of the Stipulated Motion was adequate and appropriate under the circumstances, that no objections have been filed or all objections

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

have been resolved or overruled, and that the Master Lease was not assumed on or before the Debtor's extended deadline to assume or reject under 11 U.S.C. § 365(d)(4) and was deemed rejected by operation of law prior to the conversion of this case to chapter 7, and good cause appearing;

IT IS HEREBY ORDERED that The Stipulated Motion is GRANTED, and the terms of the stipulation set forth therein are approved in their entirety.

IT IS FURTHER ORDERED that

1. That certain Amended and Restated Master Lease Agreement dated as of April 28, 2017 between STORE, as Lessor, and the Debtor, as Lessee (the "Master Lease"), covering the real property located at 20635 S. Old Ellsworth Road, Queen Creek, Arizona 85142 and 1201 N. 66th Street, Mesa, Arizona 85205 (collectively, the "Premises"), was not assumed on or before the Debtor's extended deadline to assume or reject under 11 U.S.C. § 365(d)(4), and was deemed rejected in its entirety by operation of law prior to the conversion of this case to chapter 7. The effective date of rejection of the Master Lease, and all of the Debtor's leasehold interests in the Premises thereunder, is September 9, 2026 (the "Rejection Date").

2. Any right to possession of the Premises by the Debtor, the Chapter 7 Trustee, or the estate, or anyone claiming any interest in the Premises on behalf of or through them, is terminated and forfeited under applicable non-bankruptcy law effective as of the Rejection Date.

3. To the extent necessary, STORE shall have relief from the automatic stay imposed by 11 U.S.C. § 362, and may issue, file, serve, or record any and all notices as may be desirable or necessary under applicable Arizona or other non-bankruptcy law in connection with the exercise of its rights and remedies as to the Premises and any personal property, inventory, or furnishings, fixtures, and equipment remaining thereon (the "FF&E"), including but not limited to its rights to dispose of any FF&E remaining on the Premises.

4. This Order is without prejudice to STORE's right to assert unsecured claims,

rejection damage claims, and administrative priority claims against the Debtor and the estate, and without prejudice to the right of any party in interest to object to such claims. STORE has thirty (30) days from the date of this Order to file its claim related to the rejections damages incurred.

5. This Order is effective immediately upon entry and is not subject to any stay under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or applicable non-bankruptcy law.

6. This Court retains jurisdiction to resolve any and all disputes arising from or relating to the Stipulated Motion and this Order.

DATED AND SIGNED ABOVE

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400