Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: anewdelman@adnlaw.net
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re | ) | In Proceedings Under |
| | ) | Chapter 7 |
| | ) | (Previous Chapter 11) |
| MORE OPPORTUNITY REGARDING EDUCATION, INC., | ) | |
| | ) | Case No. 2:26-bk-01245 DPC |
| | ) | |
| | ) | NOTICE OF LODGED ORDER |
| Debtor. | ) | |

NOTICE IS HEREBY GIVEN that Allan D. NewDelman, P.C., counsel for the Debtor, has lodged an Order Granting the Application for Allowance of Compensation of Attorneys' Fees and Reimbursement of Expenses **(First and Final Fee Application)**, in the amount of $61,617.67. Total fees and costs will be offset by the initial retainer in the total amount of $3,929.25, and a credit of $475.00 for billing time inadvertently entered in error. The time was attributable to another client and has been removed from the amount due leaving a balance of $57,213.42.

DATED this 13 day of November, 2026.

ALLAN D. NEWDELMAN, P.C.

/s/ Allan D. NewDelman
Allan D. NewDelman
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>MORE OPPORTUNITY REGARDING EDUCATION, INC.,<br><br>Debtor. | ) In Proceedings Under<br>) Chapter 7<br>) (Previous Chapter 11)<br>)<br>) Case No. 2:26-bk-01245 DPC<br>)<br>) ORDER APPROVING APPLICATION FOR ALLOWANCE OF COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES (**FIRST AND FINAL FEE APPLICATION**) |

THIS MATTER COMES before the Court on the Application for Allowance of Compensation of Attorneys' Fees and Reimbursement of Expenses (First and Final Fee Application), filed on October 5, 2026, by the Applicant, Allan D. NewDelman, P.C.. The Court further noting that the Application was properly noticed out to all creditors and parties in interest, and that no objections were filed. The Court noting that good cause having been shown and the Court having been otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Application for Allowance of Compensation of Attorneys' Fees and Reimbursement of Expenses (**First and Final Fee Application**), in the amount of $61,617.67 is APPROVED. Total fees and costs will be offset by the initial retainer in the total amount of $3,929.25, and a credit of $475.00 for billing time

inadvertently entered in error. The time was attributable to another client and has been removed from the amount due leaving a balance of $57,213.42, provided funds are available and that the payment will not prejudice Claimants of equal or higher priority.

SIGNED AND DATED ABOVE.

Approved as to form and content:

MORE OPPORTUNITY REGARDING EDUCATION, INC.

Daniel Frederick, President